**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mayra Rocio Nunez Monarrez, | Case No. 2:26-cv-01196-APG-NJK |
|     Plaintiff(s), | |
| | **Order** |
| v. | [Docket No. 11] |
| Cardenas Markets LLC | |
|     Defendant(s). | |

Pending before the Court is a stipulation to extend case management deadlines by 90 days. Docket No. 11.

As a threshold matter, a request to extend case management deadlines must provide a "statement *specifying* the discovery completed." Local Rule 26-3(a) (emphasis added). The instant stipulation contends vaguely that the parties "propounded discovery requests" and that "Plaintiff has responded." Docket No. 11 at 1. Such representation lacks the required specificity, including the specific type of discovery propounded, the date of service of the discovery, and the date of service of the response.

The stipulation also misstates the governing standard. *See id.* at 2. Modifying unexpired case management deadlines requires a showing of good cause, *see* Fed. R. Civ. P. 16(b)(4), Local Rule 26-3, which turns on whether the subject deadlines cannot reasonably be met through the exercise of diligence throughout the allotted period, *see, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). When diligence is lacking, the judicial inquiry ends and the request is denied. *Id.* The instant stipulation fails to explain in meaningful fashion why the time already allotted is insufficient to complete discovery conducted with reasonable diligence.

Accordingly, the Court **DENIES** without prejudice the stipulation to extend.

IT IS SO ORDERED.

Dated:  July 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge