WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
TANIA G. BONILLA, ESQ.
Nevada Bar No. 15703
E-mail: Tania.Bonilla@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Mayra Rocio Nunez Monarrez, an individual,

Plaintiff,

vs.

Cardenas Markets, LLC, Does I - XXX, inclusive and Roe Business Entities I - XXX, inclusive,

Defendants.

Case No.: 2:26-cv-01196-APG-NJK

**Cardenas Markets' Motion to Remove from Service List**

Cardenas Markets, LLC requests to remove attorney Michael P. Lowry and Jonathan C. Pattillo from the CM/ECF electronic service list. Jorge A. Ramirez and Tania Bonilla have replaced them as counsel for Cardenas Markets, LLC.

Dated this 29th day of September, 2026.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: /s/ Jorge Ramirez
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
TANIA G. BONILLA, ESQ.
Nevada Bar No. 15703
Attorneys for Cardenas Markets, LLC

IT IS SO ORDERED.
Dated: September 29, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge