**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**CASSANDRA S.M. CUMMINGS, ESQ.**
Nevada Bar No. 11944
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAYRA ROCIO NUNEZ MONARREZ, an individual,<br>Plaintiff,<br>vs.<br><br>CARDENAS MARKETS LLC; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01196-APG-NJK<br>~~Dept. No.: VIII~~<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

COME NOW, Defendant CARDENAS MARKETS, INC. ("Defendant"), by and through its attorneys of record, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and Plaintiff MAYRA ROCIO NUNEZ MONARREZ ("Plaintiff"), by and through her attorneys of record, LADAH LAW FIRM, and hereby stipulate and agree that the discovery deadlines currently set in this matter shall be extended pursuant to LR 26-3 and LR IA 6-1 as follows:

## I. DISCOVERY COMPLETED

1. Plaintiff served her initial disclosure on April 1, 2026;
2. Plaintiff served her first supplement to the initial disclosure on June 9, 2026;
3. Plaintiff served her second supplement to the initial disclosure and initial disclosure of expert witnesses on August 19, 2026;
4. Plaintiff served her third supplement to the initial disclosure and first supplement to initial disclosure of expert witnesses on September 2, 2026;
5. Plaintiff served her fourth supplement to the initial disclosure and initial disclosure of expert witnesses on September 14, 2026;

6. Defendant served its initial disclosure on March 10, 2026;
7. Defendant served its first supplement to initial disclosures on April 10, 2026;
8. Defendant served its second supplement to initial disclosures on June 17, 2026;
9. Defendant served its third supplement to initial disclosures on July 20, 2026;
10. Defendant served it's initial disclosure of expert witnesses on August 17, 2026;
11. Defendant served its fourth supplement to initial disclosures on September 9, 2026;
12. Defendant served its fifth supplement to initial disclosures on September 28, 2026;
13. Defendant served its seventh supplement to initial disclosures on September 30, 2026;
14. Defendant served its eighth supplement to initial disclosures on October 13, 2026;
15. Plaintiff served Defendant with Interrogatories and Requests for Production on May 22, 2026. Defendant served responses to the Interrogatories and Requests for Production on July 10, 2026;
16. Defendant served Plaintiff with Interrogatories and Requests for Production on April 20, 2026. Plaintiff served responses to the Interrogatories and Requests for Production on May 20, 2026;
17. Plaintiff's deposition was taken on August 6, 2026.
18. Defendant served supplemental expert disclosures on October 12, 2026.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

1. Deposition of Cardenas Market's 30(b)(6) Witness.

## III. REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME SET

LR 26-3 provides that " a motion or stipulation to extend any date set by the discovery plan, scheduling, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

///

///



LADAH LAW FIRM

**This extension meets the good cause and excusable neglect standards.** Good cause under FRCP 16(b) and focuses primarily on the diligence of the party seeking the extension. *Nutton v. Sunset Station, Inc.*, 131 Nev. 279, 286, 357 P.3d 966, 971 (2015).

Plaintiff's counsel sent the first Proposed FRCP 30(b)(6) notice to Defendant's counsel on August 14, 2026. Counsel met and conferred regarding the topics. Defendant's counsel only provided Defendant's witness's availability for the week of October 12, 2026. After agreeing to the topics, Plaintiff's counsel timely served a deposition notice of the 30(b)(6) witness of Defendant, Cardenas Markets, to take place in person with a videographer on the last date of discovery of October 14, 2026. Plaintiff served this notice on September 28, 2026. Defendant recently had the two attorneys that were working on the file depart from the firm on September 30, 2026. Defendant was under the impression that the remaining deposition was to be held via Zoom as Defendant's designated 30(b)(6) witness for this matter resides in California. Due to this misunderstanding regarding the location of the deposition, Defendant has agreed to cover the court reporter and videographer cost for the scheduled in person deposition of Defendant's 30(b)(6) witness. The parties have agreed to reschedule this deposition to a mutually convenient date and time within the next three weeks.

No party will be prejudiced, and the extension for the purpose of only permitting Plaintiff to take the 30(b)(6) witness of Defendant is sought in good faith and not for purposes of delay.

## IV. PROPOSED SCHEDULE

| Discovery Event | Current Date | Proposed New Date |
|---|---|---|
| Amending Pleadings and Adding Parties | July 16, 2026 | CLOSED |
| Initial Expert Disclosures | August 17, 2026 | CLOSED |
| Rebuttal Expert Disclosures | September 14, 2026 | CLOSED |
| Discovery Closes | October 14, 2026 | November 4, 2026 ***[only for the sole purpose of the 30(b)(6) witness of Cardenas Markets to go forward]*** |
| Dispositive Motions | November 13, 2026 | November 13, 2026 |



LADAH LAW FIRM

| Discovery Event | Current Date | Proposed New Date |
|---|---|---|
| Pre-Trial Order, if no Dispositive Motions | December 14, 2026 | December 14, 2026 |

**V. <u>CURRENT TRIAL DATE</u>**

This matter has not yet been set on the Court's civil trial stack. The Parties represent that this Stipulation is made for good cause and not for purposes of delay.

IT IS HEREBY STIPULATED that the discovery dates and deadlines in this matter be continued pursuant to the proposed schedule set forth above.

**IT IS SO STIPULATED.**

DATED this 14th day of October, 2026.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

/s/ *Tania G. Bonilla*
Jorge A. Ramirez, Esq.
NV Bar No. 6787
Tania G. Bonilla, Esq.
NV Bar No. 15703
6689 Las Vegas Boulevard South,
Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant Cardenas Markets LLC*

DATED this 14th day of October, 2026

LADAH LAW FIRM

/s/ *Ramzy P. Ladah*
Ramzy P. Ladah, Esq.
NV Bar No. 11405
Cassandra S.M. Cummings, Esq.
NV Bar No. 11944
517 S. Third St.
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**DECLARATION OF TANIA G. BONILLA, ESQ. IN SUPPORT OF STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

**(1st REQUEST)**

I, Tania Bonilla, Esq., declares under the penalty of perjury:

1. I am an attorney at the law firm of WILSON ELSER LLP and am duly licensed to practice law in the State of Nevada. I am the attorney of record representing the Defendant, in the subject lawsuit currently pending in the United States District Court, District of Nevada.
2. I am competent to testify to the matters set forth in this Declaration and will do so if called upon.
3. That I make this Declaration on behalf of Defendant and in support of the Stipulation and Order to Extend Discovery Deadlines (1st Request) for the sole purpose of permitting Plaintiff to take the Defendant's 30(b)(6) Witness.
4. That due to the remaining deposition to be completed, and the parties have agreed to reschedule Defendant's 30(b)(6) Witness within the next three weeks to allow Plaintiff to finish the remaining discovery she desired to complete.
5. This extension of the discovery deadline is not being sought to delay or for any other untoward purpose.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED this 14th day of October, 2026.

/s/ *Tania Bonilla. Esq.*
TANIA G. BONILLA

LADAH LAW FIRM

LADAH LAW FIRM

**ORDER**

IT IS SO ORDERED in the matter of Mayra Rocio Nunez Monarrez v. Cardenas Markets LLC, case number 2:26-cv-01196, that the Stipulation and Order to Extend Discovery Deadlines is GRANTED. New dates are as follows:

| **Discovery Event** | **Current Date** | **New Date** |
|---|---|---|
| Amending Pleadings and Adding Parties | July 16, 2026 | CLOSED |
| Initial Expert Disclosures | August 17, 2026 | CLOSED |
| Rebuttal Expert Disclosures | September 14, 2026 | CLOSED |
| Discovery Closes | October 14, 2026 | November 4, 2026 ***[only for the sole purpose of the 30(b)(6) witness of Cardenas Markets to go forward]*** |
| Dispositive Motions | November 13, 2026 | November 13, 2026 |
| Pre-Trial Order, if no Dispositive Motions | December 14, 2026 | December 14, 2026 |

IT IS SO ORDERED.
Dated: October 16, 2026
.
.

______________________________
Nancy J. Koppe
United States Magistrate Judge

Respectfully Submitted By:

**LADAH LAW FIRM**

<u>/s/__*Ramzy P. Ladah*</u>
Ramzy P. Ladah, Esq.
NV Bar No. 11405
Cassandra S.M. Cummings, Esq.
NV Bar No. 11944
517 S. Third St.
Las Vegas, NV 89101
*Attorneys for Plaintiff*