WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
TANIA G. BONILLA, ESQ.
Nevada Bar No. 15703
E-mail: Tania.Bonilla@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mayra Rocio Nunez Monarrez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC, Does I - XXX, inclusive and Roe Business Entities I - XXX, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01196-APG-NJK<br><br>ORDER GRANTING STIPULATION TO **EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |

COME NOW, Defendant CARDENAS MARKETS, LLC ("Defendant"), by and through its attorneys of record, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and Plaintiff MAYRA ROCIO NUNEZ MONARREZ ("Plaintiff"), by and through her attorneys of record, LADAH LAW FIRM, and hereby jointly request a modest modification of the current case management deadlines pursuant to the Court's Order dated October 21, 2026 (ECF No. 25).

///

///

///

///

///

///

## I. JOINT STIPULATION FOR MODEST MODIFICATION OF CASE MANAGEMENT DEADLINES PURSUANT TO OCTOBER 21, 2026, ORDER.

On October 21, 2026, the Court issued an Order denying Defendant's motion to exclude Plaintiff's late-disclosed experts. ECF No. 25. In that Order, the Court directed counsel to meet and confer to address any potential prejudice to Defendant with respect to rebuttal experts and, "if necessary," to submit "a joint request for a modest modification of the case management deadlines." *Id*. Consistent with the Order, counsel for the parties met and conferred on October 28, 2026. The parties agreed to a modest extension of the case management deadlines to allow for the depositions of Plaintiff's experts and for Defendant to complete supplemental rebuttal expert reports responding to Plaintiff's expert disclosures.

Additionally, on October 16, 2026, the parties stipulated to extend the discovery deadlines for the sole purpose of conducting the Fed. R. Civ. P. 30(b)(6) deposition of Cardenas Markets, LLC. Because the parties now propose extending the discovery deadline by forty-five (45) days to allow for expert depositions and the completion of rebuttal reports, the parties further agree that the Rule 30(b)(6) deposition of Cardenas Markets, LLC may be scheduled within the extended discovery period.

The parties are in full agreement, and no party will be prejudiced.

## II. MODIFICATION OF CASE MANAGEMENT DEADLINES

| Discovery Event | Current Date | Proposed New Date |
|---|---|---|
| Amending Pleadings and Adding Parties | July 16, 2026 | CLOSED |
| Initial Expert Disclosures | August 17, 2026 | CLOSED |
| Rebuttal Expert Disclosures | September 14, 2026 | CLOSED |
| Discovery Closes | October 14, 2026 | **December 18, 2026** |
| Dispositive Motions | November 13, 2026 | **January 22, 2027** |
| Pre-Trial Order, if no Dispositive Motions | December 14, 2026 | **February 23, 2027** |

## III. CURRENT TRIAL DATE

This matter has not yet been set on the Court's civil trial stack. The parties represent that this Stipulation is made in good faith, for good cause, and not for purposes of delay.

IT IS HEREBY STIPULATED that the discovery dates and deadlines in this matter be extended pursuant to the proposed schedule set forth above.

**IT IS SO STIPULATED.**

DATED this 28th day of October, 2026.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

/s/ _*Tania G. Bonilla* _
Jorge A. Ramirez, Esq.
NV Bar No. 6787
Tania G. Bonilla, Esq.
NV Bar No. 15703
6689 Las Vegas Boulevard South,
Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant Cardenas Markets LLC*

DATED this 28th day of October, 2026

LADAH LAW FIRM

/s/__*Adrian Karimi*_________
Ramzy P. Ladah, Esq.
NV Bar No. 11405
Adrian Karimi, Esq.
NV Bar No. 13514
517 S. Third St.
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED in the matter of *Mayra Rocio Nunez Monarrez v. Cardenas Markets, LLC*, Case No. 2:26-cv-01196, that the Stipulation to Extend Discovery Deadlines is GRANTED. The new dates are as follows:

| Discovery Event | Current Date | New Date |
|---|---|---|
| Amending Pleadings and Adding Parties | July 16, 2026 | CLOSED |
| Initial Expert Disclosures | August 17, 2026 | CLOSED |
| Rebuttal Expert Disclosures | September 14, 2026 | CLOSED |
| Discovery Closes | October 14, 2026 | December 18, 2026 |
| Dispositive Motions | November 13, 2026 | **January 22, 2027** |
| Pre-Trial Order, if no Dispositive Motions | December 14, 2026 | **February 23, 2027** |

**IT IS SO ORDERED.**

DATED: October 29, 2026

UNITED STATES MAGISTRATE JUDGE